UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **11-22913-LMI**

☒ ____2nd____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Margarita Marquez                            CO-DEBTOR: _____
Last Four Digits of SS# xxx-xx-0273                  Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __36__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

    A.   $ 166.66      for months   1   to  36 ;
    B.   $_____   for months _____to_____;
    C.   $_____   for months _____to_____ in order to pay the following creditors:

Administrative:    Attorney's Fee     $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                   TOTAL PAID         $1,500.00
                   Balance Due        $ 2,750.00   payable $ 137.50   month (Months   1   to  20 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)]  Mortgages(s)/Liens on Real or Personal Property:

1. __n/a_____   Arrearage on Petition Date $ _____
   Address _____    Arrears Payment  $_____/month (Months____ to ___)
   _____    Arrears Payment  $_____/month (Months____ to ___)
   _____    Regular Payment  $_____/month (Months____ to ___)

2. _____     Arrears Payment  $_____
   _____     Arrears Payment  $_____/month (Months____ to ___)
   _____     Regular Payment  $_____/month (Months____ to ___)
                                     Arrears Payment  $_____/month (Months____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Chase<br>Loan No. xxxxx0430<br>Prop Add: 5490 W 21st CT<br>Apt#309<br>Hialeah, FL 33016 | Homestead Property<br>$64,430.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __n/a_____    Total Due $_____
                              Payable $_____/month (Months _____to ___)

Unsecured Creditors: Pay $ 12.50  month (Months   1   to   20   ). Pay $150.00/mo (Mos 21 to 36)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtor is paying Chase Home Finance (Loan#xxxx2279) and Alameda Tower V Condo Assoc (Loan No. xxxxx309) directly outside the plan._____

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

X _Margarita_ (signature) _____      _____
Debtor                                                Joint Debtor
Date:  08-01-11                                       Date: _____
LF-31(rev. 06/02/08)